**E-filed 12/12/06**

Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LILA SCHINGLEDECKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-05773 JF |
| v. | ) |
| | ) |
| FRIEDMAN & WEXLER, L.L.C., | ) REQUEST TO CONTINUE  12/15/06 |
| | ) CMC to 1/19/07, and [P~~ROPOSED~~] ORDER |
| Defendant. | ) |

The Clerk has entered defendant's default.  Defendant has filed no documents with this Court and has made no effort to set aside the default.  Plaintiff will file a Motion for Default Judgment.  Plaintiff respectfully requests the Court continue the CMC from December 15, 2006 to January 19, 2007.

Respectfully submitted,

/s/Ronald Wilcox                                **12/8/06**
Ronald Wilcox                                   Date
Attorney for Plaintiff

1

[PROPOSED] ORDER

The December 15, 2006 Case Management Conference is hereby continued to __1/19/07_____ at 10:30 a.m.

**IT IS SO ORDERED.**

**Date:** 12/12/06

_____
**U.S. DISTRICT JUDGE**
 JEREMY FOGEL

2