\*\*E-filed 2/5/07\*\*

1 LEWIS BRISBOIS BISGAARD & SMITH LLP
  ROGER S. RAPHAEL, SBN 111946
2 WILLIAM P. BURANICH, SBN 144650
  One Sansome Street, Suite 1400
3 San Francisco, California 94104
  Telephone:  (415) 362-2580
4 Facsimile:  (415) 434-0882

5 Attorneys for Defendant
  FRIEDMAN & WEXLER, LLC

6

7

8             UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 LILA SCHINGLEDECKER,              ) CASE NO. C 06 05573 JF
                                     )
13              Plaintiff,           )
                                     ) STIPULATION TO CONTINUATION OF
14       v.                          ) CASE MANAGEMENT CONFERENCE
                                     )
15 FRIEDMAN & WEXLER, LLC,           ) Current Hearing Date:   March 9, 2007
                                     ) New Hearing Date:       April 6, 2007
16              Defendant.           ) Time:                   10:30 a.m.
                                     ) Courtroom:              3
17                                   )                         Hon. Jeremy
                                     )                         Fogel
18                                   )
                                     ) Action Filed:    September 11, 2006
19                                   )

20

21

22

23

24

25

26

27

28

4825-9454-5153.1                    -1-
STIPULATION TO CONTINUATION OF CASE MANAGEMENT CONFERENCE
CASE NO. C 06-05573 JF

1     The parties herein stipulate and request that the current Case Management Conference date of March 9, 2007, be continued to April 6, 2007, such that a Motion to Set Aside Default by defendant Friedman & Wexler, LLC, may be heard at the same time as the CMC.

DATED: January 31, 2007

By: _____
RONALD WILCOX
Attorneys for Plaintiff
LILA SCHINGLEDECKER

DATED: January 31, 2007     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
WILLIAM P. BURANICH
Attorneys for Defendant
FRIEDMAN & WEXLER, LLC

IT IS SO ORDERED.

2/5/07

_____
The Hon. Jeremy Fogel
District Court Judge

The parties herein stipulate and request that the current Case Management Conference date of March 9, 2007, be continued to April 6, 2007, such that a Motion to Set Aside Default by defendant Friedman & Wexler, LLC, may be heard at the same time as the CMC.

DATED: January 31, 2007

By: _____
RONALD WILCOX
Attorneys for Plaintiff
LILA SCHINGLEDECKER

DATED: January 31, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
WILLIAM P. BURANICH
Attorneys for Defendant
FRIEDMAN & WEXLER, LLC

IT IS SO ORDERED.

_____
The Hon. Jeremy Fogel
District Court Judge

4825-9454-5153.1

-2-

STIPULATION TO CONTINUATION OF CASE MANAGEMENT CONFERENCE
CASE NO. C 06-05573 JF